MARYAM VASEK, ESQ.
Nevada Bar No. 14606
HICKS & BRASIER, PLLC
2630 S. Jones Blvd.
Las Vegas, Nevada 89146
Phone: (702) 628-9888
Fax:  (702) 960-4118
E-Mail: mvasek@lvattorneys.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA FONTES, individually, | CASE NO.:   2:22-cv-02102-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO REMAND CASE TO EIGHTH JUDICIAL DISTRICT COURT** |
| vs. | |
| SAM'S WEST, INC., d/b/a SAM'S CLUB; DOES 1-20 and ROE BUSINESS ENTITIES 1-20, inclusive, | |
| Defendants. | |

The Parties to this case, Plaintiff DIANA FONTES ("Plaintiff"), by and through her attorney of record, MARYAM VASEK, ESQ., of Hicks & Brasier, PLLC, and Defendant SAM'S WEST, INC., d/b/a SAM'S CLUB, by and through its counsel, MADISON M. AGUIRRE, ESQ., of ALVERSON TAYLOR & SANDERS, do hereby stipulate and agree that the claims of Plaintiff do not, and will not, exceed Seventy-Five Thousand Dollars ($75,000.00), and therefore, the Parties agree that this case should be remanded to the Eighth Judicial District

///

///

///

1

1  Court, from where it was removed and jointly request that the Court Order Remand.

2  DATED THIS 14th day of April, 2023            DATED this 14th day of April, 2023.

**HICKS & BRASIER, PLLC**                        **ALVERSON TAYLOR & SANDERS**

_____                         _/s/ Madison Aguirre_____
MARYAM VASEK, ESQ.                                KURT R. BONDS, ESQ.
Nevada Bar No. 14606                              Nevada Bar #6228
2630 S. Jones Blvd.                               MADISON M. AGUIRRE, ESQ.
Las Vegas, Nevada 89146                           Nevada Bar #16183
Attorneys for Plaintiff                           6605 Grand Montecito Parkway, Suite 200
                                                  Las Vegas, Nevada 89149
                                                  *Counsel for Defendant*

### ORDER

IT IS SO ORDERED.

_____
United States District Judge

DATED: April 18, 2023

2